(Del. Rev. 12/98)

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

2008 FEB 15  PM 1: 05

Edward Rainey

_____
(Name of Plaintiff or Plaintiffs)

0 8 - 1 0 2

v.

**CIVIL ACTION No.** _____

Diamond State Port corp.

I.L.A.Local 1694-1 Attorney Barney

For I.L.A (1 25) 546-4183
union
(Name of Defendant or Defendants)

## COMPLAINT UNDER TITLE VII

## OF THE CIVIL RIGHTS ACT OF 1964

1.      This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for

**employment discrimination.** Jurisdiction exists by virtue of 42 U.S.C. $2000e-5$. Equitable and other relief are also

sought under 42 U.S.C. $2000e-5(g)$.

2.      Plaintiff resides at 603 W. 4th St Apt 1
(Street Address)

New Castle De. 19801
(City)        (County)        (State)        (Zip Code)

(302) 594-1088 or 427-2968.
(Area Code) (Phone Number)

3.      Defendant resides at, or its business is located at Diamond State Port Corp.
(Street Address)

1 Hausel Road New Castle wilm, De, 19801-5852
(City)        (County)        (State)        (Zip Code)

4.      The discriminatory conduct occurred in connection with plaintiff's employment at, or application to

be employed at, defendant's Diamond State Port _____ place of bussiness
(Defendant's Name)

located at _____
(Street Address)

_____
(City)        (County)        (State)        (Zip Code)

5.    The alleged discriminatory acts occurred on __/9__ , __1__ , _O7_ .
                                                    (Day)        (Month)      (Year)

6.    The alleged discriminatory practice    ○ _is_    ☒ _is not_ continuing.

7.    Plaintiff filed charges with the Department of Labor of the State of Delaware,
_Division_ _of_ _Industrial_ _Affairs_ _4425 N. Market_
    (Agency)        (Street Address)                    (City)
_st, Wilm_ _Castle_ _De,_ _19802_ _____ , regarding
    (County)        (State)                    (Zip Code)
defendant's alleged discriminatory conduct on __5__ , _O7_ , _O7_ .
                                                (Day)    (Month)    (Year)

8.    Plaintiff filed charges with the Equal Employment opportunity Commission of the United States
regarding defendant's alleged discriminatory conduct on: __5__ , _O7_ , _O7_ .
                                                            (Day)    (Month)    (Year)

9.    The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter
which was received by plaintiff on: __7__ , __13__ , _O7_ .
                                      (Day)    (Month)    (Year)

### *(NOTE:   ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)*

10.   The alleged discriminatory acts, in this suit, concern:

      A.   ☒   Failure to employ plaintiff.

      B.   ☒   Termination of plaintiff's employment.

      C.   ○   Failure to promote plaintiff.

      D.   ○   Other acts (please specify below)
_Civil_ _Rights_ _442,_ _320,_ _710, 470, 900, and_
_660. All those things were cover up, Which_
_-Un 5 years._

11.    Defendant's conduct is discriminatory with respect to the following:

   A.    ☒ Plaintiff's race

   B.    ☒ Plaintiff's color

   C.    ☒ Plaintiff's sex

   D.    ○ Plaintiff's religion

   E.    ☒ Plaintiff's national origin

12.    A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13.    If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14.    Plaintiff's has no adequate remedy at law to redress the wrongs described above.

### *THEREFORE*,  Plaintiff prays as follows: (Check appropriate letter(s))

   A.    ☒ That all fees, cost or security attendant to this litigation be hereby waived.

   B.    ○ That the Court appoint legal counsel.

   C.    ○ That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

I declare under penalty of perjury that the foregoing is true and correct. $\mathcal{E}$, $\mathcal{R}$,

Dated: 2-15-08

Edward Rainey
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION PROGRAM**

Edward J. Rainey
603 W. 4th Street
Apt. #1
Wilmington, DE 19801

Case No. 07050284W

vs.

STATE OF DE/DIAMOND STATE PORT CORP
Omb/Hrm/Labor Relations & Employment,
820 N. French Street,
Wilmington, DE 19801

### FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

#### *No-Cause Determination and Dismissal with Corresponding Right to Sue Notice.*

In this case, the Department has completed its investigation and found that there is no reasonable cause to believe that an unlawful employment practice has occurred. The Department hereby issues a No-Cause Determination and Dismissal and provides the Charging Party with a Delaware Right to Sue Notice.

This No Cause determination is based on the following facts:

*In this charge of discrimination the Charging Party must prove by a preponderance of the evidence that his gender was a motivating factor in his discipline and discharge. In the absence of direct evidence, the Charging Party can support his allegations with circumstantial evidence if he can show that (1) he was a member of a protected class; (2) he suffered adverse action; and (3) similarly situated coworkers outside of Charging Party's protected class were treated more favorably under similar circumstances. The Department has considered the information and evidence submitted by both parties, and finds that this claim fails on the third prong; that is, the female coworkers who Charging Party alleges were treated more favorably were not similarly situated. This was Charging Party's second incident of fighting within a year, and he was determined to have been the aggressor. The response to his first offense was in line with – and even more lenient than – the actions taken against others following first offenses. The Charging Party was informed of this Agency's Preliminary Determination to dismiss this Charge of Discrimination and afforded him the opportunity to submit additional information. He has not done so. Accordingly, this No Cause Determination follows.*

See the attached Notice of Rights.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Program.

7/13/07

Date issued

Julie Klein Cutler, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

08 - 102

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Edward Rainey
603 W. 4th st Apt 1  New Castle
Wilm, De. 19801

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

**DEFENDANTS** Diamond State Port Corp. 1 Hausel Rd. Wilm, De.

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

---

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☒ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment ☒ 320 Assault, Libel & | | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☒ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☒ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

---

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☒ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
4/4, 710, 320, 446 And 470.
Brief description of cause:
Claims against Port and Union

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):

JUDGE

DOCKET NUMBER

DATE 2-15-08

SIGNATURE OF ATTORNEY OF RECORD
Edward Rainey

**FOR OFFICE USE ONLY**   2-15-08

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

0 8 - 1 0 2

Civil Action No. _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____2_____ COPIES OF AO FORM 85.

_____2|15|0 8_____
(Date forms issued)

_____Edward Rainey_____
(Signature of Party or their Representative)

_____Edward Rainey_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action