IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD RAINEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 08-102-SLR ) |
| DIAMOND STATE PORT CORP., | ) ) |
| Defendant. | ) |

ORDER

At Wilmington this 24th day of February, 2008,

the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

United States District Judge