In The United States District Court

Case 1:08-CV-00102-SLR

Edward Rainey (Plaintiff)

v.

Diamond States Port Corp. (Defendant)

eb Edward Rainey requiesting for legal counsel thourt the court.

Restpectley Sudmitted Date 4-30-08

*Edward Rainey*
4-30-08