

the port of
WILMINGTON
Delaware

CA 08-102 SCR

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JUN -4  AM 10: 04

# DIAMOND STATE PORT CORPORATION

SS

## INCIDENT REPORT

DSPC # 07-007

Complainant/victim: Louis A. Harding / Employee # 779   Case # WPD 30-07-5354

Address: 401 S. Harrison St.   Date: 19 JAN '07

City/State/Zip: Wilmington DE

Location: Port of Wilmington / Dole Warehouse "B" / Grape Side Ramp

Time of occurrence: 1115 AM   Time Reported: 1129 AM

REMARKS (Describe the incident) ON THE ABOVE DATE AND APPROXIMATE TIME, Louis Harding / Employee 779 REPORTED TO HIS IMMEDIATE SUPERVISORS that HE WAS A VICTIM OF AN ASSAULT. Supervisor Michael Phillips CONTACTED THIS WRITER AND ASKED IF I WOULD RESPOND TO THE FRONT of the Administration Bldg. UPON ARRIVAL, WRITER WAS BRIEFED BY Phillips THAT AN ASSAULT OCCURED ON THE RAMP OF WING "B" DOLE GRAPES SIDE INVOLVING HARDING AND EDWARD J. RAINEY / DSPC EMPLOYEE #81. HARDING ADVISED WRITER THAT BOTH HE AND RAINEY WERE WORKING ON THE RAMP OF WING "B" WHEN RAINEY STARTED CURSING AND BEING VERBALLY ABUSIVE TOWARDS HARDING BECAUSE FELT HARDING WASN'T DOING HIS SHARE OF WORK. HARDING FURTHER ADVISED WRITER THAT HE YELLED AT RAINEY TO STOP SPEAKING TO HIM IN A DEROGATORY MANNER, AT THAT TIME RAINEY EXITED HIS FORKLIFT

Officer: Maurice Stokes   Page 1 of 3
MS  MS

# DIAMOND STATE PORT CORPORATION

# INCIDENT REPORT CONTINUATION

Case # 30-07-5354

AND CONFRONTED HARDING BY GETTING IN HIS FACE (PERSONAL ZONE) AND STILL CURSING. A SHOVING MATCH ENSUED WHICH WAS INITIATED BY RAINEY AND AFTER HARDING PUSHED RAINEY BACK IN AN ATTEMPT TO QUELL THE SITUATION THATS WHEN RAINEY WITH A CLOSED LEFT FIST DELIBERATELY PUNCH/STRIKE HARDING IN THE MOUTH CAUSING HIS LIP TO SWELL AND LEAVING A SMALL LACERATION AND BLEEDING. SUPERVISOR PAUL KELLEY BROUGHT RAINEY TO THE ADMINISTRATION BLDG WHERE WRITER ATTEMPTED TO FIND OUT FROM HIM WHAT HAPPENED, RAINEY "WAS NOT" BEING FORTHRIGHT WITH WRITER OR UNWILLING TO ANSWER QUESTIONS AS TO THE CHAIN OF EVENTS. AT 12:08PM WILMINGTON POLICE / OFFICER HAMRICK ARRIVED AND AFTER SPEAKING WITH BOTH HARDING AND RAINEY IT WAS DETERMINED THAT AN ASSAULT HAD BEEN COMMITED AGAINST HARDING AND RAINEY WAS DEEMED THE AGGRESSOR IN THE INCIDENT. (WPD) ISSUED HARDING A CASE # 30-07-5354 AND ADVISED HIM TO RESPOND TO THE POLICE STATION AND OBTAIN A COPY OF THE REPORT AND THEN PROC. TO COURT #20 AND SWEAR OUT A WARRANT FOR THE ARREST OF RAINEY.

NOTE: THERE WERE NO WITNESSES TO THE ASSAULT, SUPERVISOR KELLY ATTEMPTED GATHER WITNESSES BUT NO OTHER EMPLOYEES WITNESSED ANYTHING.

Officer: Officer Maurice Stokes

Page 2 of 3
MS  MS

# DIAMOND STATE PORT CORPORATION

## INCIDENT REPORT CONTINUATION

Case # 30-07-5354

Notifications: Patrick J. Hemphill/FSO, David Cleamons/ILA/Union Business Agent, Steve Hinkle/ILA/Union Shop Steward.

No further action taken by Security.

Officer: [signature]

Page 3 of 3

| Page: 1 | Report Date: 01/19/2007 | Agency: Wilmington PD | | | 30-07-005354 |
|---|---|---|---|---|---|

Reported Date and Time: FRI 01/19/2007 1100

## Initial Crime Report

Occurred: FRI 01/19/2007 1100

Location: 1 Hausel RD    Wilmington, DE 19801
PORT OF WILMINGTON

M.O. and Incident Overview: The listed suspect punched the victim during an altercation.

| Grid | Sector | County | Domestic Related | 4-F-14 Sent? | Gen Broadcast Sent? |
|---|---|---|---|---|---|
| 191-000 | 10 | New Castle | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No |

### Victim Information

| Victim Number | Name |
|---|---|
| 001 | HARDING, LOUIS |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Individual | Male | Black | Non-Hispanic | 54 | 07/17/1952 |

Address: 401 S Harrison ST, Wilmington, DE 19805
Resident Status: Full Time
Home Telephone: (302) 898-8088
Cell Phone:

Reporting Person? ☐Yes ☒No    Victim Injured? ☐Yes ☒No    Victim Deceased? ☐Yes ☒No
Officer Comments:

Injuries:
Description of Injuries:

### Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 001 | Suspect | 00211164 | RAINEY, EDWARD | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | Black | Non-Hispanic | 34 | 11/19/1972 | 5' 07" | 165 | Dark | Brown |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| Black | | | | | | | |

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Full Time | | Unarmed |

Address: 603 W 4th ST, Wilmington, DE 19801
Home Telephone: (302) 427-0303
Cell Phone:

Arrest Number:    Suspect's Clothing Description:

Employer/School: PIANES
Work Telephone: (302) 656-4353

### Crimes and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 01 | 001 | DE:11:0601:00a1:M: | Offensive Touching |

| Location Of Offense | Status | Involvement | General Offense |
|---|---|---|---|
| Other/Unknown | No Victim cooperation 01/19/2007 | ☐Alcohol ☐Drugs ☐Computer | |

Suspected Hate/Bias: ☐Yes ☒No - N/A
Crime Code: 13134E - Offensive Touching/Other Assaults/Non-Aggravated

Burglary Force Involved: ☐Yes ☐No
Weapon/Force Used: Personal Weapons Hands/Feet

M.O. Information    MO Class: Suspect's General Actions    MO Description: PUNCHED THE VICTIM IN THE FACE

Reporting Officer:    Pending Supervisory Review

# DIAMOND STATE PORT CORPORATION POLICY

SUBJECT: WORKPLACE VIOLENCE

Section: 522
Effective: 5/10/04
Revised:

Page 3 of 4:



RESPONDING TO THE VIOLENT SITUATION
When confronted by verbally abusive or harassing persons, if the following actions can be safely undertaken, an employee should:
a). Attempt to restore calm by courteously asking the person(s) to cease their verbally abusing or harassing actions;
b). Leave the presence of the abusive person(s);
c). Notify a supervisor as soon as possible.

When confronted by persons threatening bodily harm, if the following actions can be safely undertaken, an employee should:
a). Leave the presence of the threatening person;
b). Notify a supervisor, and/or
c). Call DSPC security.

Supervisors shall call DSPC security if there is a violent act(s) or property damage.

REPORTING THE VIOLENT ACT OR SITUATION
All threats of (or actual) violence, both direct and indirect, shall be reported as soon as possible to your immediate supervisor, or any other member of management. This includes threats by employees, as well as threats by customers, vendors, solicitors, other supervisors, or other members of the public. When reporting a threat of violence, you should be as specific and detailed as possible.

When an employee observes a person, other than the police or law enforcement personnel, carrying or possessing a weapon while on workplace property, an employee should immediately call the port security.

All suspicious individuals or activities should be reported as soon as possible to a supervisor. Do not place yourself in peril. If you see or hear a commotion or disturbance near your workstation, do not try to intercede or see what is happening.

cpl Trickey
576-3670

# DIAMOND STATE PORT CORPORATION
# RECORD OF DISCIPLINE

| Name: Edward Rainey | Employee No: 8195 |
|---|---|

Union Representative Present: T. Kinght, S. Hinkle, J. Welch   Dave Clements
898-7914
Steve Hinkle
(302)5939427

## GENERAL INFORMATION

Violation of Contract and/or
  Work Rules (Specify):

☐ Absenteeism:

☒ Other (Specify) Offensive touching

### STATEMENT OF FACTS (Compete in detail)

Place of Occurrence: Wing B      Date: 1/19/06      Time:
Person(s) Involved: Harding and Rainiey           Supervisor
Involved:   P. Kelley

### STATEMENT OF INCIDENT: (Compete in detail)

On 1/19/07, P. Kelley reported via email that L. Harding & E. Rainey were involved in a physical confrontation.

### ACTION TAKEN

**Discipline Administered:**
☐ Verbal Warning      ☐ Written Warning      ☒ Discharge (See Attachment)
☐ Suspension (Period):

**Related Prior Offences**:

**Notice to Employee**
This Disciplinary action provides you with an opportunity to correct your conduct in the future. Related offenses are cause for more serious disciplinary action up to and including termination.

_Kennard_                                                    1/22/07
Human Resource Delegate                                       Date

Employee Refuse to Sign                                       Date

Union Representative                                          Date

Note: Signing this document is an acknowledgment of receipt.

**Andy Markow**

| | |
|---|---|
| From: | Paul Kelley |
| Sent: | Friday, January 19, 2007 3:19 PM |
| To: | Andy Markow |
| Cc: | William Stansbury; Frank Vignuli |

Andy

Friday 1/26/07 at dole grapes Louis Hardy 7799, Ed Rainy 8195 had a disagreement on the B ramp at dole grapes a fight in sued and Ed hit Louis in the lip and made it bleed instead of waiting for me to show up and resolve the problem they dealt with this problem buy fighting and Louis came to the office without waiting for me to try to solve the problem .The police were called in and Louis I was told he could file charges if he wants to .I didn't see what happen but I think they both were at fault from different things people have told me.

Thanks PK

1



**the port of WILMINGTON Delaware**

# MEMORANDUM

DATE:   February 15, 2007

TO:     David Clements / Business Agent, ILA Local 1694-1

FROM:   Eugene R. Bailey / Executive Director

RE:     Level 3 Grievance's – FY 2007 - # 20

---

On Monday, February 12, 2007, I heard the third step grievance against the termination of Mr. Edward Rainy. Mr. Rainy was terminated for his involvement a physical altercation that occurred on January 19, 2007.

This was the second incident in less than a year that Mr. Rainy was cited for violent behavior. On June 16, 2006, he received a written warning for grabbing an employee in an offensive manner.

After considering the totality of circumstances, the termination is upheld and the grievance denied.

cc:  Anthony Knight / President, ILA 1694-1
     Andy Markow / Labor Relations & Hiring Manager
     Frank Vignuli / Director of Operations

**Rainey, Edward**     Sat Jan 20, 2007   Page 2
                        1:20 PM

=============================================================
STARTER PACKS/SAMPLE MEDICATIONS:

I understand and acknowledge that I may have received medication in a NON-CHILD PROOF container.
I understand if a child is in the presence of this container the container could be opened.

I understand that this and all medications should be kept out of the reach of children.
=============================================================

I understand that the treatment I have received was rendered on an emergency basis only and that further treatment may be necessary. I have been given a copy of the above instructions. I understand these instructions; and I will arrange for follow-up care as outlined above. If my condition worsens, I will call my doctor or return to the Emergency Department.

_____ _____(Signature)


Circle One: PATIENT   PARENT   SPOUSE   RELATIVE   FRIEND   GUARDIAN

NOTE: Your insurance company may require you to contact them or your primary care physician as soon as possible after your Emergency Room visit.

*** PHYSICIAN REFERRAL: If you need assistance obtaining a local physician or
    dentist you may call the "Christiana Care Referral Service" help line at 302-428-4100.

*** LAB RESULTS/MEDICAL RECORDS: You may call at 302-428-6852.

=============================================================
*** FLU SEASON HAS ARRIVED, AND THE CDC EXPECTS THIS YEAR TO BE A BAD ONE!
    PLEASE CONTACT YOUR FAMILY PHYSICIAN AND ARRANGE TO HAVE THIS SEASON'S
    VACCINE.  PEOPLE THAT ARE ELDERLY, VERY YOUNG, OR SUFFER FROM ASTHMA OR
        RESPIRATORY ILLNESSES ARE PARTICULARLY AT RISK ***
=============================================================

**Rainey, Edward**      Sat Jan 20, 2007   Page 1
                        1:20 PM

EMP #2

Discharge Instructions from:
Steven Kushner, M.D. / Joseph Zaweski, PA-C
Christiana Care Health Services - Wilmington Hospital

Christiana Hospital, 4755 Ogletown-Stanton Rd, Newark, DE  302-733-1000
Wilmington Hospital, 14th & Washington St, Wilmington, DE 302-733-1000

Any Concern,...Return!

CONTINUE YOUR CURRENT MEDICATIONS AS PRESCRIBED BY YOUR PRIVATE PHYSICIAN(S) UNLESS OTHERWISE INSTRUCTED BY YOUR EMERGENCY DEPARTMENT PROVIDER HERE TODAY.

DIAGNOSIS:  Periorbital contusion

**PERIORBITAL CONTUSION:**
You have a bruise to the outside of the eye and surrounding structures.  There is no apparent fracture, injury to the eyeball, inside the eye, or the muscles and nerves around the eye.

You may get a "black eye" over the next 24 hours.  This is from blood under the skin of the eyelids.  This is not dangerous, and can be reduced by ice to the eyelids 20 minutes 4 times daily for 2-3 days.  Do not be alarmed if the eye swells shut.  You are probably okay if you can force your eye open a little and see normally when you do that.

**NOTIFY YOUR DOCTOR** or return here in case of the following:
   - Increasing pain in the eye or with movement of the eye.
   - Visual disturbance.
   - Double vision.

**NON-NARCOTIC PAIN MEDICATION:**
Tylenol (acetaminophen) or Advil (ibuprofen) are good "over-the-counter" medications for pain.  You should be able to take them without being sleepy from it.  For mild pain, take 2 or 3 regular strength Tylenol, or 2 extra-strength Tylenol, or 2-3 Advil/Motrin(ibuprofen) tablets every 6 hours, or 2 Alleve(naproxen) every 12 hours. If your pain is more severe you may take full doses of Tylenol and Advil together.

If you were prescribed a narcotic medication, you may take Advil with it.  Do not take Tylenol with narcotic medications unless you are sure that they do not already contain acetaminophen, as many of them do.

Do not take Advil with other anti-inflammatory medications or with aspirin.

---- Instructions are continued on next page. ----