**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Edward Rainey | CA 08-102 SLR |
| DEFENDANT | TYPE OF PROCESS |
| Eugene R. Bailey | OC |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Eugene Bailey / Sylvia / Andy Haskow / Louis Harding Acter
David Clements Steve Hinkle Anthony Knight

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Diamond State Port Corp (302) 472-7678
1 Hausel Road Wilm, De. 19801-5852

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mark Williams - Witness
Dave Clements (302) 898-7914
Steve Hinkle (302) 593-9427
George - Witness

Number of process to be served with this Form - 285: 7
Number of parties to be served in this case: 7
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Periorbital Contusion Report
Level 3 Grievance's - FY 2007 - #20
Crime Report From AWPD
Work Place Violence Policy Section 522 Effective Date 5/10/04

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Edward Rainey
TELEPHONE NUMBER: (302) 594-1088
DATE: 6-4-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 15 | No. 15 | | 7-21-08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Matthew G____ Security Supervisor

Address (complete only if different than shown above): FILED JUL 23 2008 DISTRICT OF DELAWARE

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/22/08   Time: 245 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | | | | |

REMARKS: David Clements Have more if Needed. Please call him, 898-7914 Business Agent, ILA Local 1694-1

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)