In The United States District
Court
July 28, 08

Case # 1:08-CV-00102-SLR
Plaintiff- Edward Rainey
V.
Defendent- Diamond State Port corp

Their are several facts about
needing legal counsel in High court,
Becaues defendent may use best
counsel, same wittness, our pass history
and languages. These corruptible
Regime sended me out there like an
sheep,
Plainliff has God and believe in
the true. Because all this time
pelople prejude me, Strain form all
this iban Stress and I canted
do this bury may self, So Please
court help me. I really need am
Attorney thourt the court.

Edward Rainey
Edward Rainey

2008 JUL 29 AM 11:08

U.S. DISTRICT COURT
DISTRICT OF DELAWARE