U.S. District Court

ORIGINAL

Plaintiff Edward Rainey

v

Defendant Diamond State Port

Case # 1:08cv-00102-SLR

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 AUG 29 PM 1:20

8/29/08

Plaintiff Edward Rainey Requesting Motions for Judgment Costs. Because Defendal Defendant Executed Diamond State Port) refuels to compell with Court order. On due date 8/11/08

Certificate of Service to Diamond State Port.

Edward Rainey

By Hand Delivers the motions.